**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROSSI CONCRETE, INC., A CALIFORNIA CORPORATION,<br><br>    Defendant. | Case No. EDCV 13-00245-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Heath and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust (collectively, "Plaintiffs")

1 against Defendant Rossi Concrete, Inc., a California
2 Corporation (collectively, "Defendant").
3
4     Pursuant to this Judgment, Defendant is ORDERED to
5 pay Plaintiffs damages in the amount of $6,967.92, plus
6 $17,139.90 in attorneys' fees and $2,520.75 in costs, for
7 a total of $26,628.57, plus any post-judgment interest as
8 provided by 28 U.S.C. § 1961 from the date of entry of
9 judgment in this action.
10
11
12 Dated: <u>July 10, 2014</u>      _____
13                                      VIRGINIA A. PHILLIPS
                                   United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2